UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00041 |
| | ) | JUDGE CAMPBELL |
| ANDREW HOWARD COSBY | ) | |

## ORDER

Pending before the Court is a Motion to Withdraw as Counsel (Docket No. 58). The Motion is DENIED without prejudice to being presented to the Court of Appeals. 6 Cir. R. 12(c)(1) ("Continued Representation on Appeal. Trial counsel in criminal cases must continue representation of the defendant on appeal unless relieved by the court.")

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE